# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDDIE E. SINKLER,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-1211 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN BRIAN S. CLARK,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 25th day of February 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendant McManara's motion to dismiss (Doc. No. 26) is **GRANTED in part** and **DENIED in part**, as follows:

    a. The motion is **GRANTED** with respect to Plaintiff's claims for injunctive relief; and

    b. The motion is **DENIED** with respect to Plaintiff's claims for monetary damages against Defendant McManara;

2. Defendant McManara is **DIRECTED** to file an answer to the complaint (Doc. No. 1) within fourteen (14) days of the date of this Order; and

3. Plaintiff is directed to **SHOW CAUSE**, within thirty (30) days of the date of this Order, why Defendant Lakes should not be dismissed from the above-captioned case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

/s Sylvia H. Rambo
United States District Judge