IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDDIE E. SINKLER,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-1211 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN BRIAN S. CLARK**, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 1st day of April 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket to reflect that the proper spelling of CO Lakes' name is CO Lake;

2. Defendants' motion for summary judgment (Doc. No. 60) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendants CO Lake and CO McManara and against Plaintiff Freddie E. Sinkler; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                                     s/ Sylvia H. Rambo
                                                                      United States District Judge